## AMARILIS OROZCO ET AL. *v.* DARDEN RESTAURANTS, INC.

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 27937) is granted, limited to the following issue:

"Is an order denying a motion for class certification a final judgment for purposes of appeal?"

The Supreme Court docket number is SC 17771.

*Anthony J. Pantuso III*, in support of the petition.

*Margaret J. Strange* filed a concurring response to the petition.

Decided November 7, 2006

---

## STATE OF CONNECTICUT *v.* JAMES MORRIS

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 793 (AC 25173), is denied.

*Francis L. O'Reilly*, special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided November 16, 2006

---

## STATE OF CONNECTICUT *v.* PHILLIP C. WHITE III

The defendant's petition for certification for appeal from the Appellate Court, 97 Conn. App. 763 (AC 25840), is denied.

*Alice Osedach*, assistant public defender, in support of the petition.